THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

CHANEL, INC., )
 )
    Plaintiff, )
 )
vs. ) CASE NO. 4:08-CV-01110 HEA
 )
JEANNINE BUFORD a/k/a )
LA DONNA DAVIS d/b/a )
LUXXLOUNGE.COM d/b/a )
STYLEVIXXEN.COM d/b/a )
HANDBAGSJUNKIE.COM d/b/a )
MAJORLYCHIC.COM d/b/a )
HIGHENDBAGLIFE d/b/a )
STYLE VIXXEN and DOES 1-10, )
 )
    Defendants. )

## ORDER

THIS CAUSE having come before the Court on Plaintiff Chanel, Inc.'s ("Chanel") Motion for Default Judgment Against Defendant Jeannine Buford a/k/a La Donna Davis d/b/a Luxxlounge.com d/b/a Stylevixxen.com d/b/a Handbagsjunkie.com d/b/a Majorlychic.com d/b/a Highendbaglife d/b/a Style Vixxen ("Defendant") pursuant to Fed. R. Civ. P. 55(b)(2); and the Court having reviewed and considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Chanel's Motion for Default Judgment is GRANTED, and judgment is entered in favor of Plaintiff, Chanel, Inc., a New York corporation, with its principal place of business in the United States located at 9 West 57th Street, New York, New York 10019, and against Defendant Jeannine Buford, last known to be residing at 911 Locust Street #207, Saint Louis, MO 63101;

IT IS FURTHER ORDERED AND ADJUDGED:

1. Pursuant to 15 U.S.C. § 1117(c) Chanel is awarded statutory damages against Defendant in the amount of Two Hundred Twenty-Five Thousand Dollars and Zero Cents ($225,000.00);

2. Pursuant to 15 U.S.C. § 1117(a) Chanel is awarded attorneys' fees against Defendant, in the amount of $12,323.50;

3. Pursuant to 15 U.S.C. § 1117(a) Chanel is awarded investigative fees against Defendant, in the amount of Two Thousand Three Hundred Seventeen Dollars and Zero Cents ($1,779.99);

4. Pursuant to 15 U.S.C. § 1117(a) Chanel is awarded costs against Defendant in the amount of Five Hundred and One Dollars and Twenty Cents ($501.20);

5. Interest from the date this action was filed shall accrue at the legal rate;

6. In order to give practical effect to this Court's concurrently issued Permanent Injunction, the domain names Luxxlounge.com, Stylevixxen.com, Handbagsjunkie.com, and Majorlychic.com are hereby ordered to be immediately transferred by the Defendant and Registrar to Chanel's control. To the extent the current Registrar refuses to recognize this Court's authority and transfer the domain names to Chanel's control, the United States based Registry shall transfer the domain names to a United States based Registrar of Chanel's choosing, and that Registrar shall transfer the domain names to Chanel. Any domain names, online businesses or Internet stores proven by Chanel by competent evidence to be registered, created, maintained, owned or controlled by Defendant and/or her agents or representatives in violation of this Permanent Injunction shall be immediately transferred by the Registrar or controlling person to Chanel's control, and, to the extent the Registrar refuses to recognize this

Court's authority and transfer any such new domain names to Chanel's control, the Registry shall transfer the domain names to a United States based Registrar of Chanel's choosing, and that Registrar shall transfer the domain names to Chanel..

Dated this 1st day of April 2009.

_____
HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE