THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

CHANEL, INC., )
        Plaintiff, )
vs. ) CASE NO. 4:08-CV-01110 HEA
JEANNINE BUFORD a/k/a )
LA DONNA DAVIS d/b/a )
LUXXLOUNGE.COM d/b/a )
STYLEVIXXEN.COM d/b/a )
HANDBAGSJUNKIE.COM d/b/a )
MAJORLYCHIC.COM d/b/a )
HIGHENDBAGLIFE d/b/a )
STYLE VIXXEN and DOES 1-10, )
        Defendants. )

## PERMANENT INJUNCTION

THIS CAUSE having come before the Court on Plaintiff Chanel, Inc.'s ("Chanel") Motion for Default Judgment Against Jeannine Buford a/k/a La Donna Davis d/b/a Luxxlounge.com d/b/a Stylevixxen.com d/b/a Handbagsjunkie.com d/b/a Majorlychic.com d/b/a Highendbaglife d/b/a Style Vixxen ("Defendant") the Court having granted Chanel's Motion for Default Judgment, does hereby

**ORDER** that Chanel is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks (the "Chanel Marks"), which are valid and registered on the Principal Register of the United States Patent and Trademark Office:

| Mark | Reg. No. | Reg. Date |
|---|---|---|
| ℂ | 3,025,934 | December 13, 2005 |
| ℂ | 3,022,708 | December 6, 2005 |
| ℂℂ | 1,734,822 | November 24, 1992 |

| | | |
|---|---|---|
| CHANEL | 1,733,051 | November 17, 1992 |
| CHANEL | 1,347,677 | July 9, 1985 |
| 𝒞𝒞 | 1,314,511 | January 15, 1985 |
| CHANEL | 0,626,035 | May 1, 1956 |
| CHANEL | 0,612,169 | September 13, 1955 |
| CHANEL | 0,902,190 | November 10, 1970 |
| CHANEL | 0,915,139 | June 15, 1971 |
| ⓒⓒ | 1,241,264 | June 7, 1983 |
| CHANEL | 1,241,265 | June 7, 1983 |
| ⓒⓒ | 1,271,876 | March 27, 1984 |
| 𝒞𝒞 | 3,022,708 | December 6, 2005 |
| J12 | 2,559,772 | April 9, 2002 |

which are registered in International Classes 14, 18, and 25, 28 and are used in connection with the manufacture and distribution of, among other things, high quality handbags, wallets, jewelry, watches and shoes.

The Court further **ORDERS** that Defendant Jeannine Buford a/k/a La Donna Davis is hereby **RESTRAINED** and **ENJOINED** from:

(a) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks;

(b) using the Chanel Marks in connection with the sale of any unauthorized goods;

(c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of Jeannine Buford, La Donna Davis, Highendbaglife, StyleVixxen, Luxxlounge.com, Stylevixxen.com, Handbagsjunkie.com, Marjorlychic.com and/or any other

website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel;

(d)  falsely representing themselves as being connected with Chanel, through sponsorship or association;

(e)  engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Jeannine Buford, La Donna Davis, Highendbaglife, StyleVixxen, Luxxlounge.com, Stylevixxen.com, Handbagsjunkie.com, Marjorlychic.com, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Chanel;

(f)  using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Jeannine Buford, La Donna Davis, Highendbaglife, StyleVixxen, Luxxlounge.com, Stylevixxen.com, Handbagsjunkie.com, Marjorlychic.com, and/or any other website or business, including, without limitation, handbags, wallets, jewelry, watches and shoes;

(g)  affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Jeannine Buford, La Donna Davis, Highendbaglife, StyleVixxen, Luxxlounge.com, Stylevixxen.com, Handbagsjunkie.com, Marjorlychic.com, and/or any other website or business, goods as being those of Chanel, or in any way endorsed by Chanel;

(h)  offering such goods in commerce;

(i)  from otherwise unfairly competing with Chanel;

(j)  secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the

3

importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

(k) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

Dated this 1st day of April 2009.

HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE